**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 23, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD77919 | Cameron D. Williams vs. State of Missouri |
| WD78366 | Brian Brasher vs. Troy Craig and Heather Craig |
| WD78585 | James Joseph Mick vs. Joseph McCray and Laurie McCray |
| WD78586 | Consolidated with WD78585 |
| WD78681 | In the Interest of: G.C., D.E., M.E.; Juvenile Officer vs. M.C. (Mother); M.E. (Father) |
| WD78686 | Consolidated with WD78681 |
| WD78687 | Consolidated with WD78681 |
| WD78742 | In the Interest of J.R.S., T.W. Biological Mother and Next Friend of J.R.S., and T.W. vs. J.E.S. |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD78097 | State of Missouri vs. Matthew S. Ball |
| WD78220 | State of Missouri vs. Willard F. Hunt |